# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: GIARDINA, FRANK P. | § Case No. 08-33912 |
| | § |
| | § |
| Debtors | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,030.47 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 6,030.47 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | RICHARD M. FOGEL | $ 1,353.05 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,519.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Connecticut Student Loan Foundation | $ 16,716.03 | $ 785.66 |
| 2 | CHASE BANK USA | $ 9,262.69 | $ 435.35 |
| 3 | Chase Student Loan Servicing, LLC | $ 24,184.73 | $ 1,136.69 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 9,518.32 | $ 447.36 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 39,837.23 | $ 1,872.36 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                   *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*                                   *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

    The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:
219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    If local court rules so require, the following procedure for objecting must be followed:

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 08/27/2009 in Courtroom 644, United States Courthouse,
219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/27/2009    By: /s/RICHARD M. FOGEL
                                                           Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 1                  Date Rcvd: Jul 29, 2009
Case: 08-33912                Form ID: pdf006              Total Noticed: 31

The following entities were noticed by first class mail on Jul 31, 2009.
db          +Frank P. Giardina,    2629 N. Nordica Avenue,    Chicago, IL 60707-1708
aty         +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
tr          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
12952622    +Bank Of America,    PO Box 17054,    Wilmington, DE 19850-7054
12952625     Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
12952624     Bank of America,    PO Box 15027,    Wilmington, DE 19850-5027
12952623    +Bank of America,    Attn: Bankruptcy Dept NC4-105-03-14,    Po Box 26012,
              Greensboro, NC 27420-6012
12952626    +Barlow, Gwendolyn,    4419 W 123rd Street,    Alsip, IL 60803-2413
13776875    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
12952629     Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
12952628    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13808634    +Chase Student Loan Servicing, LLC,    PO Box 523,    Madison, MS 39130-0523
12952631     CitiMortgage, Inc.,    P.O. Box 9442,    Gaithersburg, MD 20898-9442
12952630     Citimortgage Inc,    Attention: Bankruptcy Department,    Po Box 79022, Ms322,
              St. Louis, MO 63179
12952632    +Codilis & Associates, P.C.,    15W030 North Frontage Road,    Suite 100,
              Burr Ridge, IL 60527-6921
12996272     Connecticut Student Loan Foundation,    Granite State Management & Resources,    PO Box 2097,
              Concord, NH 03302-2097
12952633    +Emc Mortgage,    Attention: Bankruptcy Clerk,    Po Box 293150,    Lewisville, TX 75029-3150
13912324     FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK  73124-8809
12952637     GMAC Mortgage,    Attn: Customer Care,    PO Box 4622,    Waterloo, IA 50704-4622
12952635    +Giardina, Concetta,    2629 N. Nordica,    Elmwood Park, IL 60707-1708
12952636    +Gmac Mortgage,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,
              Fort Washington, PA 19034-3204
12952638     Granite State Management,    PO Box 9560,    Manchester, NH 03108-9560
12952639    +Granite State Mgmt Res,    Nhheaf Attn: Claims Dept,    Po Box 877,    Concord, NH 03302-0877
12952640    +Jpmorgan Chase Bank, N,    Po Box 6004,    Ridgeland, MS 39158-6004
13566299   +++Smith, Carla,    C/O Jason W. Bruce,    1525 E 53rd suite 424,    Chicago,IL 60615-4530
12952641    +Smith, Carla,    8225 S. Rhodes,    Chicago, IL 60619-5005
12952643     Wells Fargo Bank,    PO Box 4233,    Portland, OR 97208-4233
12952644    +Wells Fargo Bank Nv Na,    P O Box 31557,    Billings, MT 59107-1557
The following entities were noticed by electronic transmission on Jul 30, 2009.
12952627     E-mail/PDF: bankruptcynotices@bmwfs.com Jul 30 2009 04:32:45      Bmw Financial Services,
              Po Box 3608,    Dublin, OH 43016
12952634    +E-mail/Text: bankruptcysupport@flagstar.com                            Flagstar Bank,
              Attn: Bankruptcy Dept MS-S144-3,    5151 Corporate Dr,    Troy, MI 48098-2639
12952642     E-mail/Text: bknotices@snsc.com                           SN Servicing Corp,    323 Fifth Street,
              Eureka, CA 95501
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2009**           **Signature:**  _/s/ Joseph Speetjens_