# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: GIARDINA, FRANK P. | § Case No. 08-33912 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,091,615.00 | Assets Exempt: $25,900.00 |
| Total Distribution to Claimants: $4,677.87 | Claims Discharged Without Payment: $94,841.13 |
| Total Expenses of Administration: $1,353.05 | |

3) Total gross receipts of $ 6,030.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,030.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,353.05 | 1,353.05 | 1,353.05 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 97,076.00 | 99,519.00 | 99,519.00 | 4,677.87 |
| TOTAL DISBURSEMENTS | $97,076.00 | $100,872.05 | $100,872.05 | $6,030.92 |

4) This case was originally filed under Chapter 7 on December 11, 2008. . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2009      By: /s/RICHARD M. FOGEL
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refunds | 1224-000 | 6,030.00 |
| Interest Income | 1270-000 | 0.92 |
| **TOTAL GROSS RECEIPTS** | | **$6,030.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,353.05 | 1,353.05 | 1,353.05 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,353.05 | 1,353.05 | 1,353.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Connecticut Student Loan Foundation | 7100-000 | 16,697.00 | 16,716.03 | 16,716.03 | 785.73 |
| CHASE BANK USA | 7100-000 | 9,262.00 | 9,262.69 | 9,262.69 | 435.39 |
| Chase Student Loan Servicing, LLC | 7100-000 | 22,403.00 | 24,184.73 | 24,184.73 | 1,136.80 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 9,430.00 | 9,518.32 | 9,518.32 | 447.41 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 39,284.00 | 39,837.23 | 39,837.23 | 1,872.54 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 97,076.00 | 99,519.00 | 99,519.00 | 4,677.87 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-33912  
Case Name: GIARDINA, FRANK P.  
Period Ending: 10/01/09

Trustee: (330720) RICHARD M. FOGEL  
Filed (f) or Converted (c): 12/11/08 (f)  
§341(a) Meeting Date: 01/22/09  
Claims Bar Date: 06/25/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 8225 S. Rhodes, Chicago, IL 60619 (See Footnote) | 230,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | 4419 W 123rd St, Alsip, IL (See Footnote) | 205,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | 1353 E 70th St, Chicago, IL 60637 (See Footnote) | 65,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | 826 E 52nd Street, Chicago, IL 60615 (See Footnote) | 550,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Financial accounts, financial institution shares (See Footnote) | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Household goods and furnishings (See Footnote) | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Wearing apparel (See Footnote) | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | IRA, ERISA, Keogh, pension, profit sharing plan (See Footnote) | 6,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Stock and interests in businesses | 5,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Interests in partnerships or joint ventures | 7,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Interests in partnerships or joint ventures | 7,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Autos, trucks, trailers, other vehicles, access. | 13,115.00 | 0.00 | DA | 0.00 | 0.00 |
| 13 | Financial accounts, financial institution shares (See Footnote) | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Household goods and furnishings (See Footnote) | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 15 | Wearing apparel (See Footnote) | 500.00 | 0.00 | | 0.00 | 0.00 |
| 16 | IRA, ERISA, Keogh, pension, profit sharing plan (See Footnote) | 6,000.00 | 0.00 | | 0.00 | 0.00 |
| 17 | Stock and interests in businesses (See Footnote) | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 18 | Interests in partnerships or joint ventures (See Footnote) | 7,500.00 | 0.00 | | 0.00 | 0.00 |
| 19 | Interests in partnerships or joint ventures (See Footnote) | 7,500.00 | 0.00 | | 0.00 | 0.00 |
| 20 | Accounts receivable | 3,300.00 | 0.00 | | 0.00 | 0.00 |
| 21 | Autos, trucks, trailers, other vehicles, access. (See Footnote) | 13,115.00 | 0.00 | | 0.00 | 0.00 |
| 22 | Tax refunds (u) | 0.00 | 6,000.00 | | 6,030.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.92 | Unknown |

Printed: 10/01/2009 06:45 AM   V.11.50

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-33912  
**Case Name:** GIARDINA, FRANK P.  
**Period Ending:** 10/01/09

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/11/08 (f)  
**§341(a) Meeting Date:** 01/22/09  
**Claims Bar Date:** 06/25/09

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 23   Assets   Totals (Excluding unknown values) | $1,136,530.00 | $6,000.00 | | $6,030.92 | $0.00 |

| | |
|---|---|
| RE PROP# 1 | Stay modified 8/18/2009 |
| RE PROP# 2 | Stay modified |
| RE PROP# 3 | Stay modified |
| RE PROP# 4 | Stay modified |
| RE PROP# 5 | Exempt |
| RE PROP# 6 | Exempt |
| RE PROP# 7 | Exempt |
| RE PROP# 8 | Exempt |
| RE PROP# 13 | DUPLICATE OF #5 |
| RE PROP# 14 | DUPLICATE OF #6 |
| RE PROP# 15 | DUPLICATE OF #7 |
| RE PROP# 16 | DUPLICATE OF #8 |
| RE PROP# 17 | DUPLICATE OF #9 |
| RE PROP# 18 | DUPLICATE OF #10 |
| RE PROP# 19 | DUPLICATE OF #11 |
| RE PROP# 21 | DUPLICATE OF #12 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009       **Current Projected Date Of Final Report (TFR):**   December 31, 2009

Printed: 10/01/2009 06:45 AM    V.11.50

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-33912
**Case Name:** GIARDINA, FRANK P.

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****78-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

**Taxpayer ID #:** 54-6936139
**Period Ending:** 10/01/09

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/09 | {22} | FRANK GIARDINA | Non-exempt portion of tax refund | 1224-000 | 6,030.00 | | 6,030.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 6,030.21 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,030.47 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,030.72 |
| 08/26/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.20 | | 6,030.92 |
| 08/26/09 | | To Account #********7866 | Close account and transfer for final distributions | 9999-000 | | 6,030.92 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,030.92 | 6,030.92 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,030.92 | |
| | | | Subtotal | | 6,030.92 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,030.92 | $0.00 | |

Printed: 10/01/2009 06:45 AM   V.11.50

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-33912 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | GIARDINA, FRANK P. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*78-66 - Checking Account |
| Taxpayer ID #: | 54-6936139 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/01/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/26/09 | | From Account #\*\*\*\*\*\*\*\*7865 | Close account and transfer for final distributions | 9999-000 | 6,030.92 | | 6,030.92 |
| 08/27/09 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,353.05, Trustee Compensation; Reference: | 2100-000 | | 1,353.05 | 4,677.87 |
| 08/27/09 | 102 | Connecticut Student Loan Foundation | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 785.73 | 3,892.14 |
| 08/27/09 | 103 | CHASE BANK USA | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 435.39 | 3,456.75 |
| 08/27/09 | 104 | Chase Student Loan Servicing, LLC | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 1,136.80 | 2,319.95 |
| 08/27/09 | 105 | FIA CARD SERVICES, NA/BANK OF AMERICA | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 447.41 | 1,872.54 |
| 08/27/09 | 106 | FIA CARD SERVICES, NA/BANK OF AMERICA | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 1,872.54 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | 6,030.92 | 6,030.92 | $0.00 |
| Less: Bank Transfers | 6,030.92 | 0.00 | |
| Subtotal | 0.00 | 6,030.92 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $6,030.92 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # \*\*\*-\*\*\*\*\*78-65 | 6,030.92 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*78-66 | 0.00 | 6,030.92 | 0.00 |
| | $6,030.92 | $6,030.92 | $0.00 |

{} Asset reference(s)

Printed: 10/01/2009 06:45 AM   V.11.50